Dean Hiyama  #102087
Attorney at Law
1275 W. Shaw Avenue, Suite 107
Fresno, California  93711
(559)230-0696

Attorney for Plaintiff, SAMANTHA GLENN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAMANTHA GLENN, | ) | Case No. 1:05-CV-01090 REC LJO |
| | ) | |
| Plaintiff, | ) | NOTICE OF DISMISSAL |
| | ) | (Fed. R. Civ. P. 41(a)(1)(i)) |
| v. | ) | |
| | ) | |
| DANIEL J. RABIN, M.D.; SEQUOIA COMMUNITY HEALTH FOUNDATION; and DOES 1 to 25, | ) ) ) | Motion to Dismiss:<br>Date:  October 31, 2005<br>Dept:  Hon. Robert E. Coyle |
| | ) | Time:  1:30 p.m. |
| Defendants. | ) | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

TAKE NOTICE that SAMANTHA GLENN, plaintiff, dismisses this action without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated:  October 26, 2005

/s/Dean Hiyama
Dean Hiyama, Attorney for Plaintiff,
SAMANTHA GLENN

Dated: October 27, 2005

/s/ ROBERT E. COYLE
UNITED STATES DISTRICT JUDGE

NOTICE OF DISMISSAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

NOTICE OF DISMISSAL